IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
AT JACKSON

## STATE OF TENNESSEE v. MARLON D. BEAUREGARD

**Appeal from the Circuit Court for Hardeman County**
**No. 270467    Kerry Blackwood, Judge**

---

**No. W1999-01496-CCA-R3-CD - Decided May 26, 2000**

---

JUDGE TIPTON concurring.

I concur in the majority opinion. I add only that I believe the trial courts should take reasonable measures, when practicable, to avoid any hint that a defendant may be under restraint, including the defendant being escorted into the courtroom by guards. There simply is no reason in most cases why a jury should observe such an event.